IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, NATIONAL MARINE FISHERIES SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CV 25–66–M–DWM<br><br>ORDER |

On November 5, 2025, Plaintiff Forest Service Employees for Environmental Ethics moved to conduct discovery in the above-captioned matter. (Doc. 12.) The government opposes. (Doc. 14.)

Consistent with the Case Management Order, certification of the Administrative Record is due within 60 days of November 12, 2025, and motions to supplement the record are due within 60 days of the lodging of the Administrative Record. (*See* Doc. 11.) Thus, Plaintiff's motion is premature.

1

Accordingly, IT IS ORDERED that Plaintiff's motion, (Doc. 12), is DENIED.

DATED this 20th day of November, 2025.

_____
Donald W. Molloy, District Judge
United States District Court