# NONDISCLOSURE AGREEMENT

Re: Wildland Fire Chemicals and Section 7 Consultation Procedures of the Endangered Species Act of 1973 as amended (16 U.S.C. 1531 et seq. (ESA))

National Oceanic and Atmospheric Administration, National Marine Fisheries Service (NOAA Fisheries) hereinafter referred to as "NOAA Fisheries" and the U.S. Forest Service, Wildland Fire Chemicals, hereinafter referred to as the "Forest Service" agree that the following conditions apply to the disclosure of the Proprietary Information, i.e. specificially identified proprietary ingredients within wildland fire chemicals developed by private companies and provided to the Forest Service to initiate consultation protocols as identified and required under the requirements of the Endangered Species Act. The NOAA Fisheries and Forest Service also acknowledge that proprietary information is protected by 18 U.S.C. § 1905, which makes it a criminal offense for a government employee to release trade secrets.

For and in consideration of the mutual understandings by NOAA Fisheries and the Forest Service, it is hereby agreed:

1. In the context of this agreement, "Proprietary Information" means the formulation disclosure and other product information provided to the Forest Service by a third party as part of the Wildland Fire Chemical Systems submission process.

2. All Proprietary Information is kept in a secure location and is accessible only to the Program Leader and Project Leader of WFCS. Occasionally information will be provided to the Director of Fire and Aviation, the Branch Chief for Equipment and Chemicals, their staffs, or other governmental regulatory agencies as necessary to address specific issues when and if they arise.

3. The Proprietary Information will be designated or marked so that NOAA Fisheries will be aware that its receipt is governed by the terms of this Agreement.

4. NOAA Fisheries may review and use the Proprietary Information for the following purposes: analysis of the effects on certain endangered species that may be affected by fire chemicals, which may include individual chemical constituents of a fire chemical formulation or a total formulary of specific fire chemical products. This analysis may include research studies or findings on specific species for individual chemical constituents or mixtures therein or as deemed applicable to the species or conditions of analysis. This consultation process, outlined within the Endangered Species Act (ESA), directs all Federal agencies to work to conserve

endangered and threatened species and to use their authorities to further the purposes of the Act. Section 7 of the Act, called "Interagency Cooperation," is the mechanism by which Federal agencies ensure the actions they take, including those they fund or authorize, do not jeopardize the existence of any listed species.

5. The parties' representatives for disclosing and receiving Proprietary Information are designated below. Said representatives shall make all arrangements and be informed of all communications relating to this Agreement. Any changes in representative by one party shall be made upon written notice to the other party.

6. All disclosures of Proprietary Information under this agreement shall be completed by the FS Program Leader or Project Leader of Wildland Fire Chemical Systems, 5785 Hwy 10 W, Missoula, MT 59808.

7. NOAA Fisheries shall exercise reasonable care to prevent disclosure of the Proprietary Information to any third party, except as may be authorized in writing by the Forest Service, and internal dissemination of the Proprietary Information by NOAA Fisheries shall be limited to those employees whose duties justify their need to know such information and then only on the basis of a clear understanding by these employees of their obligation to maintain the confidential status of such information and to restrict the use of such information solely to the use granted to the NOAA Fisheries under this Agreement.

8. Except as permitted under this Agreement or as required by law, NOAA Fisheries shall not use the Proprietary Information for any purpose other than those stated in paragraph 4, above.

9. Nothing in this agreement shall deprive NOAA Fisheries of the right to use or disclose any information:

   a. which is, at the time of disclosure, generally known to the public;

   b. which becomes at a later date generally known to the public through no fault of NOAA Fisheries and then only after said later date;

   c. which is possessed by NOAA Fisheries, as evidenced by NOAA Fisheries written or other tangible evidence, before receipt thereof from the Forest Service; and

   d. which is disclosed to NOAA Fisheries in good faith by a third party who has an independent right to such information.

10. This Agreement shall be governed by and construed in accordance with the laws of the United States of America.

11. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement.

12. This Agreement shall have as its effective date the last signed date indicated below.

**NOAA Fisheries SIGNATORY:**

Name: Jason Kahn

Title: Fish Biologist

Signature: [signature]

Date: 6/25/2020

**USDA Forest Service**
**National Interagency Fire Center**
**3833 S. Development Avenue**
**Boise, ID 83705**

Name: David V. Haston

Title: Branch Chief, Equipment and Chemicals

Signature: DAVID HASTON Digitally signed by DAVID HASTON Date: 2020.05.21 11:35:44 -06'00'

Date: May 21, 2020